WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Nichole Glowin, Esq., SBN 263932
Yelena Cayton, Esq., SBN 258380
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel. (949) 477-5050; Fax (949) 477-9200
bglowin@wrightlegal.net; hcayton@wrightlegal.net

Attorney for Defendants WELLS FARGO BANK, NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAMP TRUST 2003-HE2, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2003-HE2; OCWEN LOAN SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; VANESSA LEWIS; and TOBIAS BRYANT

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN L. BOURGEOIS, an individual, | Case No.: 15-90176-LA |
| Plaintiff, vs. | *Assigned to Hon. Louise DeCarl Adler* |
| WELLS FARGO BANK, NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAMP TRUST 2003-HE2, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2003-HE2, a corporation, et al., | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 30 DAYS** |
| | Complaint filed: September 18, 2015 |
| Defendants. | |

-1-

**STIPULATION TO EXTEND TIME TO RESPOND**

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY:**

Plaintiff SUSAN L. BOURGEOIS ("Plaintiff") and Defendants WELLS FARGO BANK, NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAMP TRUST 2003-HE2, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2003-HE2; OCWEN LOAN SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; VANESSA LEWIS; and TOBIAS BRYANT (collectively, "Defendants") (collectively, Plaintiff and Defendants shall be referred to as the "Parties"), through their respective counsel, hereby stipulate as follows:

1. WHEREAS, on September 18, 2015, Plaintiff filed an Adversary Complaint in the above-captioned action (the "Action") in the United States Bankruptcy Court, Southern District of California;

2. WHEREAS, Defendants' response to the Adversary Complaint is currently due on October 19, 2015;

3. WHEREAS, counsel for Plaintiff and counsel for Defendants have met and conferred, and have agreed to extend Defendants' time to respond to the Adversary Complaint to November 2, 2015, which is no more than 30 days from the current response date of October 19, 2015;

///
///
///
///
///
///
///

**NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE:**

1. Defendant's response to the Complaint shall be due on or before November 2, 2015.

                        Respectfully submitted,

**WRIGHT, FINLAY & ZAK, LLP**

Dated: October 20, 2015    By:    /s/Nicole L. Glowin, Esq.

Yelena Cayton, Esq.
Nicole L. Glowin, Esq.
Attorneys for Defendants,
WELLS FARGO BANK, NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAMP TRUST 2003-HE2, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2003-HE2; OCWEN LOAN SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; VANESSA LEWIS; and TOBIAS BRYANT

**HOUSTON, MCCAFREY, LLP**

Dated: October 19, 2015    By:    /s/Shawn Houston,

Shawn Houston, Esq.
Attorneys for Plaintiff, Susan L. Bourgeois

**STIPULATION TO EXTEND TIME TO RESPOND**

# PROOF OF SERVICE

I, Gretchen Grant, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On October 20, 2015, I served the within **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 30 DAYS** on all interested parties in this action as follows:

[X]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[X]   (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

[X]   (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 20, 2015, at Newport Beach, California.

_____
Gretchen Grant

1

**PROOF OF SERVICE**

# SERVICE LIST

Shawn P.K. Huston
Hutson McCaffrey, LLP
2171 Ulric Street, Suite 205
San Diego, CA 92111
shawnh@hustonmccaffrey.com
***Attorney for Plaintiff, Susan L. Bourgeois***