CSD 3015 [08/01/11]
Name, Address, Telephone No. & I.D. No.

T. Robert Finlay, Esq.,  Nichole Glowin, Esq., Yelena Cayton, Esq
WRIGHT, FINLAY & ZAK, LLP
4665 MacArthur Court Suite 200
Newport Beach, CA 92660
949-477-5050; Fax: 949-608-9142
nglowin@wrightlegal.net; hcayton@wrightlegal.net

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
SUSAN L. BOURGEOIS

                                                   Debtor.

BANKRUPTCY NO. 12-16096-LA

SUSAN L. BOURGEOIS

                                                   Plaintiff(s)

ADVERSARY NO. 15-90176-LA

ᵛ WELLS FARGO BANK, NATIONAL ASSOCIATION, ET AL

                                                   Defendants(s)

### NOTICE OF HEARING AND MOTION

TO: SUSAN L. BOURGEOIS c/o Shawn P.K. Huston, Huston McCaffrey, LLP, 2171 Ulric Street, Ste. 205, San Diego, CA 92111

**YOU ARE HEREBY NOTIFIED** that on  December 17, 2015 , at  2:00 pm., in Department  2, Room 118 of the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of  Defendants, Wells Fargo Bank,  Ocwen Loan Servicing, et al , Movant, for

Motion to Strike Portions of Plaintiff's Adversary Complaint

Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, NOT LATER THAN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE.

DATED: November 4, 2015

s/ Nichole Glowin

[Attorney for] Moving Party

[1]If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions as calculated by Fed. R. Bankr. P. 9006(f).

CSD 3015

CSD 3015 (Page 2) [08/01/11]

**CERTIFICATE OF SERVICE**

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on 4th  day of November_____, 2015 , I served a true copy of the within NOTICE OF MOTION AND HEARING, together with the following pleadings [describe any other papers]:
 Motion to Strike Portions of Adversary Complaint;  Memorandum of Points and Authorities

by [describe here mode of service]:
 CM/ECF Electronic Filing.  I caused the documents to be transmitted to the offices of the addressees by electronic mail.

on the following persons [set forth name and address of each person served] and as checked below:

[ ✓ ]    Attorney for Debtor (if required):

 Shawn P.K. Huston, Huston McCaffrey LLP, 2171 Ulric Street, Ste. 205, San Diego, CA 92111; email: shawnh@hustonmccaffrey.com

I certify under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2015_____       Gretchen Grant_____
                    (Date)                              (Typed Name and Signature)

                                                         4665 MacArthur Court Suite 200_____
                                                        (Address)

                                                         Newport Beach, CA 92660_____
                                                        (City, State, ZIP Code)

CSD 3015